DEBRA WONG YANG
United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAVID A. KETTEL
California Bar No. 125745
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3756
    Facsimile:  (213) 894-7177

Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT

JUL -6 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CV05-4896 GAF JWJx

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. |
| Plaintiff, | ORDER APPOINTING THE FEDERAL COMMUNICATIONS COMMISSION AS SUBSTITUTE CUSTODIAN IN PLACE OF THE U.S. MARSHAL SERVICE |
| v. | |
| ONE TE SYSTEMS RF POWER AMPLIFIER; ONE KENWOOD TM-G707A DUAL BANDER RADIO, SERIAL NUMBER 60100221; ONE YEASU FT-3000M TRANSCEIVER; ONE VHF ANTENNA, including coaxial cable; and ONE DIAMOND X5A UHF ANTENNA, | |
| Defendants. | |



DOCKETED ON CM

JUL 11 2005

BY                009

IT IS HEREBY ORDERED that upon the arrest of the defendants, the Federal Communications Commission, Enforcement Bureau, 18000 Studebaker Road, Room #660, Cerritos, California 90703, shall

assume custody of the defendants on behalf of this Court, in place of the United States Marshal, and shall maintain custody of such defendants during the time they remain in <u>custodia legis</u>, pursuant to Rule E(4)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims;

IT IS FURTHER ORDERED that the Federal Communications Commission shall continue to maintain possession of such defendants in safe custody until such time that this Court orders the release or forfeiture of said defendants and said defendants are disposed of in accordance with Rule E(9) of the Supplemental Rules for Certain Admiralty and Maritime Claims, or as otherwise allowed by law;

IT IS FURTHER ORDERED that, before the delivery of the defendants after such release or disposal is ordered, all costs and charges of the Court and its officers, more particularly the Federal Communications Commission, as Substitute Custodian, must first be paid, pursuant to Rule E(5)(c) of the Supplemental Rules for Certain Admiralty and Maritime Claims; and

///
///
///
///
///
///
///
///
///
///

2

IT IS FURTHER ORDERED THAT, as Substitute Custodian of the defendants, the Federal Communications Commission shall perform all duties and responsibilities that the United States Marshal is authorized to perform pursuant to the Supplemental Rules for Certain Admiralty and Maritime Claims.

DATED: _____7/6_____, 2005.

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DEBRA WONG YANG
United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
DAVID A. KETTEL
Assistant United States Attorney

Attorneys for Plaintiff
United States of America